**Thomas M. JAMES, Plaintiff-Appellant,**

v.

**Lorenzo ELI and Nicolas P. Villanustre, Defendants-Appellees.**

**No. 15-3034**

United States Court of Appeals, Seventh Circuit.

March 31, 2017

Thomas James, Pro Se

Michael B. Brennan, Attorney, Gass Weber Mullins LLC, Milwaukee, WI, Jeb A. Crandall, Adriana Katzen, James F. Bleeke, Attorneys, Bleeke Dillon Crandall, PC, Indianapolis, IN, for Defendant-Appellee Lorenzo Eli

Bryan H. Babb, Attorney, Bose McKinney & Evans, LLP, Indianapolis, IN, for Defendant-Appellee Nicolas P. Villanustre

Before DIANE P. WOOD, Chief Judge, RICHARD A. POSNER, Circuit Judge, JOEL M. FLAUM, Circuit Judge

### ORDER

We have before us the petitions for rehearing en banc, filed by Defendants-Appellees on February 8, 2017. We construe these petitions to include request for panel rehearing, and so construed, all members of the original panel have voted to grant panel rehearing.

After reviewing the briefs and the record, we have determined that the court would benefit from counseled briefs from Appellant, as well as oral argument. See FED. R. APP. P. 34(a)(2)(C). Accordingly, we will recruit counsel for the pro se Appellant.

Accordingly, the petitions for rehearing are hereby GRANTED. The briefs previously filed by the parties are STRICKEN, and a further order designating counsel and setting a schedule for briefing and oral argument will follow.